UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MISTY ARNOLD

        Plaintiff,

Case No. 8:10-cv-01637-SDM-TGW

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Misty Arnold, and defendant, NCO Financial Systems, Inc., ("NCO"), hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims against NCO with each side to bear its own fees and costs.

Dated, this 6th day of August, 2010.


/s/Andrew I. Glenn                    /s/Kenneth C. Grace
Andrew I. Glenn, Esq.               Kenneth C. Grace, Esq.
Card & Glenn, P.A.                  Sessions, Fishman, Nathan & Israel, LLC
2501 Hollywood Blvd., Ste. 100     3350 Buschwood Park Drive, Ste. 195
Hollywood, Florida 33020          Tampa, Florida 33618
Telephone: (954) 921-9994         Telephone: (813) 890-2463

Counsel for Plaintiff,                Counsel for Defendant,
Misty Arnold                         NCO Financial Systems, Inc.