UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MISTY ARNOLD,

    Plaintiff,

v.                                           CASE NO.: 8:10-cv-1637-T-23TGW

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## **ORDER**

The parties' stipulation of dismissal with prejudice (Doc. 5) is **APPROVED**. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE,** with each party to bear its own costs and fees. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on August 17, 2010.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE